UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

1:06-mc-444

Earlene Lofton

v.

Andrew S. Natsios,
Direct US Agency for International
Development

MOTION FOR EXPEDITED HEARING

Earlene Lofton, petitioner herein, moves for this honorable court to proceed with an expedited hearing on this proceeding, even if by teleconference with counsel. Ms. Lofton makes this request because the trial for which the testimony is sought herein takes place on Monday October 30 2006. If there is no hearing prior to that date, the value of this proceeding is effectively eliminated.

Counsel for respondent consents to this motion.

Respectfully Submitted

Thomas C. Willcox
1020 19th Street, N.W., Suite 400
Washington, DC  20036
(202) 223-0090
DC Bar No. 445135
Fax No. 202 452-0092

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

1:06-mc-444

Earlene Lofton

v.

Andrew S. Natsios,
Direct US Agency for International
Development

MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING

FACTS

On September 21 2006, the undersigned subpoenaed Ms. Yeakle for trial in DC Superior Court on Monday October 30 2006.

On October 5 2005, the Government declined to produce Ms. Yeakle, citing a Declaration she had previously provided covering the relevant information.

On October 12 2006, the undersigned filed the instant proceeding, seeking to compel the government to produce Ms. Yeakle.

On Thursday, October 26th, the government filed a response.

If this court rules for the government prior to trial, Ms. Yeakle is unavailable as a witness, therefore enhancing the admissibility of her Declaration.

If this court moves to compel her testimony, plaintiff's goal will be accomplished.

If this court does not rule by Monday October 30, 10 am, Plaintiff will have neither.

For these reasons, the undersigned asks for an expedited hearing on Friday, October 27th

2006.

Respectfully Submitted


Thomas C. Willcox
1020 19th Street, N.W., Suite 400
Washington, DC   20036
(202) 223-0090
DC Bar No. 445135
Fax No. 202 452-0092