UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EARLENE LOFTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Misc. Action No. 06-mc-444 (GK) |
| | ) | |
| ANDREW NATSIOS, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

On October 27, 2006, the Court denied Plaintiff's petition to compel the testimony of Ms. Karla Yeakle in Superior Court. In light of that decision, it is hereby

**ORDERED** that Plaintiff shall show cause, no later than **November 10, 2006**, why this case should not be dismissed.

Nov. 1, 2006
Date

Gladys Kessler
U.S. District Judge

Copies to: attorneys on record via ECF