UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EARLENE LOFTON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | Misc. Action No. 06-mc-444 (GK) |
| ) | |
| **ANDREW NATSIOS,** ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

This action was filed on October 12, 2006 as an emergency Petition to Overturn Refusal to Produce Karla Yeakle or in the Alternative a Writ Directing the USAID Head to Produce Ms. Yeakle for Trial. The Court denied the Petition on October 27, 2006.

On November 1, 2006, the Court ordered Petitioner to show cause, no later than November 10, 2006, why this case should not be dismissed. To date, Plaintiff has failed to respond to the Show Cause Order.

Accordingly, it is hereby

**ORDERED** that Petitioner's action is **dismissed with prejudice.**


December 8, 2006
/s/
Gladys Kessler
U.S. District Judge

**Copies to**: attorneys on record via ECF